

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-15-00470-CR

David A. **MEDRANO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4205
Honorable Melisa Skinner, Judge Presiding

## O R D E R

David A. Medrano has filed a "Pro-Se Motion Pursuant to Texas Constitution Article 1, 29," requesting his appeal be reinstated. We dismissed Medrano's appeal on September 9, 2015, and this court's mandate issued November 9, 2015. This court no longer has plenary power over its judgment and has no jurisdiction to reinstate the appeal. *See* Tex. R. App. P. 19.1, 19.3. We therefore dismiss the motion for lack of jurisdiction.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court